| | |
|---|---|
| 1 | SILVERMAN THEOLOGOU, LLP |
| | REA STELMACH, ESQ., SBN 296671 |
| 2 | 11630 Chayote St., Suite 3 |
| | Los Angeles, California 90049 |
| 3 | Telephone:    (213) 226-6922 |
| | Facsimile:    (213) 226-6964 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | REXEL USA, INC. |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA-SAN DIEGO

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br>REXEL USA, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>SOUZA CONSTRUCTION, INC., a California Corporation;<br>BRAC ELECTRIC, INC., a California Corporation;<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; a Connecticut Corporation;<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. **21-CV-00964-L-JLB**<br><br>**FIRST AMENDED COMPLAINT FOR:**<br>**1) BREACH OF CONTRACT**<br>**2) RECOVERY ON MILLER ACT PAYMENT BOND (40 USC §3133)** |

Plaintiff REXEL USA, INC., alleges the following facts in support of its claims against defendants SOUZA CONSTRUCTION, INC., BRAC ELECTRIC, INC., TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and DOES 1 through 20.

**PARTIES**

---

COMPLAINT

1. The plaintiff, REXEL USA, INC. ("Plaintiff" or "REXEL"), is, and at all times material hereto was, a corporation duly organized and existing under the laws of the State of Delaware, doing business in the State of California.

2. Defendant SOUZA CONSTRUCTION, INC. ("SOUZA"), is, and at all times relevant hereto, a California Corporation.

3. Defendant BRAC ELECTRIC, INC. ("BRAC"), is, and at all times relevant hereto, a California Corporation.

4. Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS"), is and at all times relevant hereto, a Connecticut Corporation, licensed to do business in California.

5. Plaintiff, REXEL is ignorant of the true names and capacities of the defendants sued herein as DOES 1-20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff, will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitious named defendants is responsible in some manner for the occurrence herein alleged, and that the Plaintiff's damages as herein alleged were proximately caused by their conduct.

## JURISDICTION

6. This Court has original jurisdiction over REXEL's claims due to the matter arising under 40 U.S.C. §3133. This Court has supplemental jurisdiction over REXEL's state law claims under 28 U.S.C. §1367.

7. This Court has personal jurisdiction over Defendants pursuant to California Long Arm Statute, Cal. Code Civ. Proc §410.10, because, on information and belief, Defendants regularly conduct business in, and carry minimum contacts with, the State of California.

## VENUE

8. Venue is proper in this District pursuant to 28 U.S.C. §1392(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

//

**GENERAL ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION**

Plaintiff is informed and believes and thereon alleges that:

9. Defendant SOUZA, as a contractor, entered into a written contract with the United States of America, by and through the Department of the Navy, (hereinafter "Prime Contract"), by the terms of which SOUZA agreed to alter a public building known as Coronado Island – Upgrade HVAC Server Bldg. 335, at 3470 E. Ontario Ranch Road, Coronado, CA 92118.

10. REXEL is informed and believes and thereon alleges that under 40 USC §§3131-3133, Defendant SOUZA, as principal, and Defendant GALLAGHER, as surety, executed and delivered a payment bond to the United States, whereby said Defendants bound themselves jointly and severally for the purpose of allowing a joint action or actions against any or all of them and bound themselves in a sum of money equal to the contract price.

11. Thereafter, Defendant SOUZA entered into a written subcontract with Defendant BRAC to perform certain work on said Project, consisting of electrical and lighting installation and repair services.

12. On or about May 29, 2019, Plaintiff REXEL and Defendant BRAC had entered into a written agreement titled "Business Credit Application" ("Agreement") wherein Plaintiff REXEL agreed to provide materials on an open account and Defendant BRAC agreed to pay for all materials furnished.

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**
(Against Defendant Brac Electric, Inc., and Does 1-10, Inclusive)

16. Plaintiff repeats and realleges all of the allegations contained in the preceding paragraphs of this Complaint as though the same were fully set forth herein.

17. At the request of BRAC, from April 2020 to July 2020, REXEL provided materials, equipment and services to BRAC and sent invoices demanding payment. BRAC failed to make payments and a principal balance totaling Twelve Thousand Three Hundred Twenty Two and 70/100 dollars ($12,322.70) remains outstanding. A true and accurate copy of a Statement of

Account and corresponding invoices for the Project is attached hereto as Exhibit A an incorporated herein by reference.

18. Despite due demand for payment and full performance by REXEL, BRAC has failed to pay REXEL the balance of its account pursuant to the Agreement and is in breach thereof.

19. As a result of BRAC'S failure to pay the balance of its account, REXEL has sustained damages in the following amounts:

(a) Twelve Thousand Three Hundred Twenty Two and 70/100 dollars ($12,322.70) and

(b) Attorney Fees and Costs of this action.

## SECOND CAUSE OF ACTION
## RECOVERY ON MILLER ACT PAYMENT BOND (40 USC §3133)
(Against All Defendants and Does 11-20)

20. Plaintiff repeats and realleges all of the allegations contained in the preceding paragraphs of this Complaint as though the same were fully set forth herein.

21. REXEL is informed and believes and thereon alleges that under 40 USC §§3131-3133, Defendant SOUZA, as principal, and Defendant TRAVELERS, as surety, executed and delivered a payment bond to the United States, whereby said Defendants bound themselves jointly and severally for the purpose of allowing a joint action or actions against any or all of them and bound themselves in a sum of money equal to the contract price.

22. Thereafter, Defendant SOUZA entered into a written subcontract with Defendant BRAC to perform certain work on said Project, consisting of electrical and lighting installation and repair services.

23. On or about May 29, 2019, Plaintiff REXEL and Defendant BRAC had entered into a written agreement titled "Business Credit Application" ("Agreement") wherein Plaintiff REXEL agreed to provide materials on an open account and Defendant BRAC agreed to pay for all materials furnished.

24. At the request of BRAC, from April 2020 to July 2020, REXEL furnished

materials, equipment and services to BRAC (hereinafter "Work"), under the agreement between REXEL and BRAC and at the specific request of BRAC, in the execution of the requirements of the Prime Contract between SOUZA and the United States.

25. Under said Agreement, BRAC agreed to pay REXEL for said Work.

26. REXEL has fully and completely performed all promises on REXEL's part to be performed under its agreement with BRAC and under the bond, and all condition precedent to the obligation of Defendants, and each of them, to perform have been satisfied.

27. Of the total price for Work furnished by REXEL to BRAC, no sum has been paid, leaving a balance of $12,322.70 remaining due, owing and unpaid to REXEL.

28. REXEL last furnished Work on the Project within the year immediately preceding the date this complaint was filed.

29. A period of 90 days has elapsed since REXEL last provided Work to BRAC.

30. On May 7, 2020, within 90 days from the date on which REXEL last provided said Work to the Project, REXEL gave written notice in the manner required by law to SOUZA that REXEL had supplied said Work for the Project, was owed the sum of $12,322.70, and demanded payment from Defendant SOUZA. A copy of said notice is attached hereto as Exhibit B and incorporated herein by reference.

31. Under the payment bond executed between Defendants SOUZA and TRAVELERS, Defendant TRAVELERS is jointly and severally obligated to provide payment to REXEL for Work provided to the Project. Accordingly, on the failure of Defendants SOUZA and BRAC to compensate REXEL for Work provided, Defendant TRAVELERS is obligated to pay REXEL the amount set forth above.

//
//
//
//
//
//

5
FIRST AMENDED COMPLAINT

//

//

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays judgment against Defendants , and each of them, as follows:

1. For the sum of $12,322.70, and such additional sums that become due up to the date of trial, according to proof;
2. For costs of suit;
3. For attorney fees as allowed by contract or law;
4. For pre-judgment interest per contract or as allowed by law and post-judgment interest; and
5. For such other and further relief as the Court deems just and proper.

DATED: July 21, 2021                    SILVERMAN THEOLOGOU, LLP


By:/s/ Rea Stelmach
REA STELMACH, ESQ.
Attorneys for Plaintiff,
REXEL USA, INC.



## STATEMENT

### Credit Department

📞 972-725-1166

✉ andrea.sullivan@rexelusa.com

**Statement Notes:**

Page: 1 of 2
Date: 12/15/20
Customer #: 1080064

**Remit To:**

REXEL
P. O. BOX 743448
LOS ANGELES, CA 90074-3448

**Note:** A late charge consistent with state law will be assesed on all past due balances.

**Rexel USA, Inc FEIN 20-5021845**

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 12,322.70 | 0.00 | 0.00 | 0.00 | 1,587.70 | 0.00 | 10,735.00 | 12,322.70 |

| Date | Invoice Number | Packslip # | Sales Order # | PO Number/Job Name | Due Date | Current Balance | Past Due Balance | Days Past Due |
|---|---|---|---|---|---|---|---|---|
| 04/29/20 | S127760237.001 | | | 1969 | 06/25/20 | 3,386.75 | 3,386.75 | 173 |
| 04/30/20 | S127765703.001 | | | 1969 | 06/25/20 | 423.51 | 423.51 | 173 |
| 05/04/20 | S127792783.001 | | | CORONADO | 06/25/20 | 926.81 | 926.81 | 173 |
| 05/04/20 | S127792783.002 | | | CORONADO | 06/25/20 | 125.08 | 125.08 | 173 |
| 05/04/20 | S127792783.003 | | | CORONADO | 06/25/20 | 40.15 | 40.15 | 173 |
| 05/04/20 | S127795960.001 | | | 1969 / Return | 06/25/20 | -435.66 | -435.66 | 173 |
| 05/05/20 | S127792783.004 | | | CORONADO | 06/25/20 | 28.34 | 28.34 | 173 |
| 05/06/20 | S127792783.005 | | | CORONADO | 06/25/20 | 33.19 | 33.19 | 173 |
| 05/06/20 | S127792783.006 | | | CORONADO | 06/25/20 | 32.30 | 32.30 | 173 |
| 05/06/20 | S127816537.001 | | | CORONADO | 06/25/20 | 221.57 | 221.57 | 173 |
| 05/06/20 | S127816537.002 | | | CORONADO | 06/25/20 | 10.07 | 10.07 | 173 |
| 05/07/20 | S127816537.003 | | | CORONADO | 06/25/20 | 12.99 | 12.99 | 173 |
| 05/07/20 | S127820952.001 | | | coronado | 06/25/20 | -76.18 | -76.18 | 173 |
| 05/13/20 | S127816537.004 | | | CORONADO | 06/25/20 | 66.37 | 66.37 | 173 |
| 05/19/20 | S127899482.002 | | | 1969 | 06/25/20 | 115.50 | 115.50 | 173 |
| 05/20/20 | S127899482.001 | | | 1969 | 06/25/20 | 2,561.10 | 2,561.10 | 173 |
| 05/20/20 | S127899622.001 | | | 1969 | 06/25/20 | 1,716.12 | 1,716.12 | 173 |
| 05/20/20 | S127918894.001 | | | 1969 | 06/25/20 | 89.66 | 89.66 | 173 |
| 05/26/20 | S127942476.001 | | | 1969 CORONADO ISLAND | 07/25/20 | 179.53 | 179.53 | 143 |
| 05/26/20 | S127942512.001 | | | 1969 | 07/25/20 | -173.24 | -173.24 | 143 |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

Return bottom portion
with payment to:
REXEL
P. O. BOX 743448
LOS ANGELES, CA 90074-3448

**Customer #: 1080064**

**Total Amount Due**

**12,322.70**

| Invoice Number | Trans Balance | Amount Due | Payment |
|---|---|---|---|
| S127760237.001 | 3,386.75 | 3,386.75 | |
| S127765703.001 | 423.51 | 423.51 | |
| S127792783.001 | 926.81 | 926.81 | |
| S127792783.002 | 125.08 | 125.08 | |
| S127792783.003 | 40.15 | 40.15 | |
| S127795960.001 | -435.66 | -435.66 | |
| S127792783.004 | 28.34 | 28.34 | |
| S127792783.005 | 33.19 | 33.19 | |
| S127792783.006 | 32.30 | 32.30 | |
| S127816537.001 | 221.57 | 221.57 | |
| S127816537.002 | 10.07 | 10.07 | |
| S127816537.003 | 12.99 | 12.99 | |
| S127820952.001 | -76.18 | -76.18 | |
| S127816537.004 | 66.37 | 66.37 | |
| S127899482.002 | 115.50 | 115.50 | |
| S127899482.001 | 2,561.10 | 2,561.10 | |
| S127899622.001 | 1,716.12 | 1,716.12 | |
| S127918894.001 | 89.66 | 89.66 | |
| S127942476.001 | 179.53 | 179.53 | |
| S127942512.001 | -173.24 | -173.24 | |



PO BOX 766, ATTN: CREDIT DEPARTMENT
ADDISON, TX 75001-0766

BRAC ELECTRIC
CORONADO ISLAND
16150 WEDGEWORTH DR.
HACIENDA HEIGHTS, CA 91745-2937

**Exhibit A**



# STATEMENT

Page: 2 of 2
Date:12/15/20
Customer #:1080064

## Credit Department

972-725-1166

andrea.sullivan@rexelusa.com

**Statement Notes:**

**Remit To:**

REXEL
P. O. BOX 743448
LOS ANGELES, CA 90074-3448

**Note:** A late charge consistent with state law will be assesed on all past due balances.

**Rexel USA, Inc FEIN 20-5021845**

| Past Due | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Amount Due |
|---|---|---|---|---|---|---|---|
| 12,322.70 | 0.00 | 0.00 | 0.00 | 1,587.70 | 0.00 | 10,735.00 | 12,322.70 |

| Date | Invoice Number | Packslip # | Sales Order # | PO Number/Job Name | Due Date | Current Balance | Past Due Balance | Days Past Due |
|---|---|---|---|---|---|---|---|---|
| 05/27/20 | S127942476.002 | | | 1969 CORONADO ISLAND | 07/25/20 | 79.11 | 79.11 | 143 |
| 05/27/20 | S127949992.001 | | | 1969 | 07/25/20 | 182.63 | 182.63 | 143 |
| 05/27/20 | S127955609.001 | | | 1969 | 07/25/20 | 25.40 | 25.40 | 143 |
| 05/29/20 | S127963525.001 | | | 1969 | 07/25/20 | 27.98 | 27.98 | 143 |
| 05/29/20 | S127963525.002 | | | 1969 | 07/25/20 | 73.61 | 73.61 | 143 |
| 06/02/20 | S127963525.003 | | | 1969 | 07/25/20 | 158.91 | 158.91 | 143 |
| 06/04/20 | S128026870.001 | | | 1969 | 07/25/20 | 88.92 | 88.92 | 143 |
| 06/10/20 | S128062379.001 | | | coronado island | 07/25/20 | 239.95 | 239.95 | 143 |
| 06/11/20 | S127510747.001 | | | CORONADO | CLS4-4040 | 07/25/20 | 89.97 | 89.97 | 143 |
| 06/11/20 | S127510747.002 | | | CORONADO | CLS4-4040 | 07/25/20 | 404.06 | 404.06 | 143 |
| 06/11/20 | S128077500.001 | | | 1969 | 07/25/20 | 20.24 | 20.24 | 143 |
| 06/16/20 | S128117867.001 | | | 1969 | 07/25/20 | 60.26 | 60.26 | 143 |
| 07/31/20 | S128090839.001 | | | CORONADO | 09/25/20 | 1,587.70 | 1,587.70 | 81 |

To ensure timely and proper payment application, please remit payment with detailed remittance advice 7 days prior to due date.

Return bottom portion
with payment to:
REXEL
P. O. BOX 743448
LOS ANGELES, CA 90074-3448

**Customer #:1080064**

**Total Amount Due**

**12,322.70**

PO BOX 766, ATTN: CREDIT
DEPARTMENT
ADDISON, TX 75001-0766

| Invoice Number | Trans Balance | Amount Due | Payment |
|---|---|---|---|
| S127942476.002 | 79.11 | 79.11 | |
| S127949992.001 | 182.63 | 182.63 | |
| S127955609.001 | 25.40 | 25.40 | |
| S127963525.001 | 27.98 | 27.98 | |
| S127963525.002 | 73.61 | 73.61 | |
| S127963525.003 | 158.91 | 158.91 | |
| S128026870.001 | 88.92 | 88.92 | |
| S128062379.001 | 239.95 | 239.95 | |
| S127510747.001 | 89.97 | 89.97 | |
| S127510747.002 | 404.06 | 404.06 | |
| S128077500.001 | 20.24 | 20.24 | |
| S128117867.001 | 60.26 | 60.26 | |
| S128090839.001 | 1,587.70 | 1,587.70 | |

BRAC ELECTRIC
CORONADO ISLAND
16150 WEDGEWORTH DR.
HACIENDA HEIGHTS, CA 91745-2937

Dated: 05/07/20

CA845814

# CALIFORNIA PRELIMINARY NOTICE
This is not a Lien. Civil Code Sections 8200, et seq., 9300, et seq.

**1 - You are hereby notified that**
REXEL USA INC DBA REXEL COMMERCIAL
& INDUST/REXEL AUTOMATION SOLUTIONS
14951 DALLAS PKWY
DALLAS TX 75254

**Reputed Owner or Public Entity**
US DEPARTMENT OF THE NAVY
3470 E ONTARIO RANCH RD
CORONADO CA 92118

**2 - Has furnished or will furnish labor, services, equipment, or materials of the following general description:**
LABOR MATERIALS &/OR SERVICES

**Reputed Construction Lender or Lessee**
NO LENDER/BOND# 106598657
GALLAGHER
45 E RIVERPARK PL W #305
FRESNO CA 93720

**3 - An estimate of the total price of the labor, services, equipment, or materials furnished or to be furnished is:**
$ 20,000.00

**Reputed Direct Contractor**
SOUZA CONSTRUCTION INC
586 S FARMERSVILLE BLVD
FARMERSVILLE CA 93223

**4 - The building, structure or other work of improvement is located at:**
CORONADO ISLAND
UPGRADE HVAC SERVER
BLDG 335
3470 E ONTARIO RANCH RD
CORONADO CA 92118

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment or material provided or to be provided to your construction project, a lien may be placed on your property. Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances. This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project. If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

**5 - The party to or for whom the work is provided.**
1080064/ BRAC ELECTRIC
16150 WEDGEWORTH DR
HACIENDA HEIGHTS CA 91745-2937
The relationship to the party(ies) giving this notice is:
Material Supplier

**6 - Name and address of Trust Funds to which Supplemental Fringe Benefits are payable (if applicable):**

**7 - Federal Public Work Jobsite Title 40 USC Sec. 270A-270E.**
Contract # N62473-14-D-0072-0028
Bond Co: GALLAGHER
FRESNO CA 93720

Authorized Agent
1-800-366-5660

This undersigned declares as follows: I am over the age of 18 dod employed by Construction Notice Services, Inc., whose business address is 9520 Padgett St #208, San Diego, CA 92126. I am employed in the County of San Diego, where this mailing occurs, and not a party to this action. On the date shown below, in the City of San Diego, I served within California Preliminary Notice, sealed and deposited in the mail in the manner prescribed by law, by first class registered or certified mail, postage fully prepaid, to the person(s) at the address shown thereon.
Signature: Date: 05/07/20

Exhibit B