Silverman Theologou, LLP
Rea Stelmach, Esq. (SBN 296671)
11630 Chayote St. Suite 3,
Los Angeles, CA 90049
(213) 226-6922
Attorney for Plaintiff REXEL USA, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br>REXEL USA, INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br>SOUZA CONSTRUCTION, INC., a California Corporation; BRAC ELECTRIC, INC., a California Corporationl; ARTHUR F. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA INC., F/K/A BUCKMAN-MITCHELL, INC.; a California Corporation; DOES 1 through 30, inclusive<br>Defendant(s). | CASE NUMBER<br>21-CV-00964-L-JLB<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) ARTHUR F. GALLAGHER & CO. INSURANCE BROKERS OF CALIFORNIA INC. F/K/A BUCKMAN-MITCHELL INC., a California Corporation is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by UNITED STATES OF AMERICA, for the use and benefit of: REXEL USA, Inc.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 7/23/21 | /s/ Rea Stelmach |
| *Date* | *Signature of Attorney/Party* |

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*