```
1   Rea Stelmach, 296671
    (213)226-6922
2   Silverman Theologou, LLP
    11630 Chayote St., Suite 3
3   Los Angeles, CA 90049
4   Representing: Plaintiff                                File No. 71275
```

United States District Court, Southern District of California

Southern District of California - District - San Diego

| | |
|---|---|
| Rexel USA, Inc. | Case No. 21-CV-0964-L-JLB |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Complaint, Civil Case Cover Sheet, Summons |
| Souza Construction, Inc., et al | |
| Defendant/Respondent | Service on: |
| | Souza Construction, Inc., a California Corporation |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

OL#16491712

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Rea Stelmach, 296671<br>Silverman Theologou, LLP<br>11630 Chayote St., Suite 3<br>Los Angeles, CA 90049<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(213)226-6922<br><br>Ref. No. or File No.<br>71275 |

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Rexel USA, Inc.

DEFENDANT:
Souza Construction, Inc., et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>21-CV-0964-L-JLB |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Complaint, Civil Case Cover Sheet, Summons

2. Party Served: Souza Construction, Inc., a California Corporation

3. Person Served: - Person Authorized to Accept Service of Process

   a. Left with: Angie Lasswell - Person In Charge Of Office

4. Date & Time of Delivery: 06/28/2021        3:55PM

5. Address, City and State: 586 S Farmersville Blvd
   Farmersville, CA 93223

6. Manner of Service: By leaving the copies with or in the presence of Angie Lasswell , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 143.25

Registered California process server.
County: Fresno
Registration No.: S201110000035
Herbie Thornton
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/02/2021 at Petaluma, California.

Signature: _____

Herbie Thornton

OL#: 16491712

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rea Stelmach, 296671<br>Silverman Theologou, LLP<br>11630 Chayote St., Suite 3<br>Los Angeles, CA 90049 | (213)226-6922 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>71275 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Rexel USA, Inc.

DEFENDANT:
Souza Construction, Inc., et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>21-CV-0964-L-JLB |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 07/06/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Souza Construction, Inc., a California Corporation

586 S Farmersville Blvd
Farmersville, CA 93223

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 143.25

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/06/2021 at Petaluma, California.

Travis Carpenter

OL#:   16491712