1 | Rea Stelmach, 296671
2 | (213)226-6922
  | Silverman Theologou, LLP
3 | 11630 Chayote St., Suite 3
  | Los Angeles, CA 90049
4 | Representing: Plaintiff

File No. 71275

United States District Court, Southern District of California

Southern District of California - District - San Diego

Rexel USA, Inc.

　　　　　Plaintiff/Petitioner

　　　　　　vs.

Souza Construction, Inc., et al

　　　　　Defendant/Respondent

Case No. 21-CV-0964-L-JLB

Proof of Service of:
　　Complaint, Civil Case Cover Sheet, Summons

Service on:
　BRAC ELECTRIC INC.　　　　., a California Corporation

PROOF OF SERVICE

OL#16491712

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Rea Stelmach, 296671
Silverman Theologou, LLP
11630 Chayote St., Suite 3
Los Angeles, CA 90049

TELEPHONE NO.: (213)226-6922

FOR COURT USE ONLY

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No. 71275

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California

333 West Broadway

San Diego, CA 92101-8900

PLAINTIFF:

Rexel USA, Inc.

DEFENDANT:

Souza Construction, Inc., et al

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 21-CV-0964-L-JLB |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Summons

2. Party Served:  BRAC ELECTRIC, INC., a California Corporation

3. Person Served:  Angelica Barajas - Person Authorized to Accept Service of Process

 a. Left with:  Angelina Romero - Managing Director - Person Authorized to Accept

4. Date & Time of Delivery:  07/06/2021    12:50PM

5. Address, City and State:  16815 Von Karman Ave, 190
Irvine, CA 92606

6. Manner of Service:  By leaving the copies with or in the presence of Angelina Romero - Managing Director , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 103.25

Registered California process server.
County: Los Angeles
Registration No.: 2017240410

Joe Lomeli

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/07/2021 at Petaluma, California.

Signature: *Joe Lomeli*

Joe Lomeli

OL#: 16491713

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Rea Stelmach, 296671
Silverman Theologou, LLP
11630 Chayote St., Suite 3
Los Angeles, CA 90049

TELEPHONE NO.: (213)226-6922

FOR COURT USE ONLY

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: 71275

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California

333 West Broadway

San Diego, CA 92101-8900

PLAINTIFF:

Rexel USA, Inc.

DEFENDANT:

Souza Construction, Inc., et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 21-CV-0964-L-JLB |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 07/08/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

BRAC ELECTRIC, INC., a California Corporation

Angelica Barajas

16815 Von Karman Ave, 190

Irvine, CA 92606

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 103.25

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 07/08/2021 at Petaluma, California.

Travis Carpenter

OL#:    16491713