1  Rea Stelmach, 296671
   (213)226-6922
2  Silverman Theologou, LLP
3  11630 Chayote St., Suite 3
   Los Angeles, CA 90049
4  Representing: Plaintiff

File No. 71275

United States Bankruptcy Court, Southern District of California

Southern District of California - Bankruptcy - San Diego

Rexel USA Inc., et al.

          Plaintiff/Petitioner

                vs.

Souza Construction, Inc., et al.

          Defendant/Respondent

Case No. 3:21-CV-0964-L-JLB

Proof of Service of:

  Summons, First Amended Complaint

Service on:

  BRAC ELECTRIC, INC., a California Corporation

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

OL#16718757

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rea Stelmach, 296671<br>Silverman Theologou, LLP<br>11630 Chayote St., Suite 3<br>Los Angeles, CA 90049 | (213)226-6922 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>71275 | |

Insert name of court, judicial district or branch court, if any:

United States Bankruptcy Court, Southern District of California
325 W. F Street
San Diego, CA 92101-6989

PLAINTIFF:
Rexel USA Inc., et al.

DEFENDANT:
Souza Construction, Inc., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:21-CV-0964-L-JLB |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, First Amended Complaint

2. Party Served: BRAC ELECTRIC, INC., a California Corporation

3. Person Served: Angelica Barajas - Person Authorized to Accept Service of Process

   a. Left with: Justine Luna - Admin - Person Authorized to Accept

4. Date & Time of Delivery: 08/17/2021      12:10PM

5. Address, City and State: 16815 Von Karman Ave, 190
   Irvine, CA 92606

6. Manner of Service: By leaving the copies with or in the presence of Justine Luna - Admin , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 102.75

Registered California process server.
County: Los Angeles
Registration No.: 2017240410
Joe Lomeli
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/19/2021 at Petaluma, California.

Signature: *Joe Lomeli*

Joe Lomeli

OL#: 16718757

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):**
Rea Stelmach, 296671
Silverman Theologou, LLP
11630 Chayote St., Suite 3
Los Angeles, CA 90049

**ATTORNEY FOR (Name):** Plaintiff

**TELEPHONE NO.:** (213)226-6922

**Ref. No. or File No.** 71275

**FOR COURT USE ONLY**

Insert name of court, judicial district or branch court, if any:
United States Bankruptcy Court, Southern District of California
325 W. F Street
San Diego, CA 92101-6989

**PLAINTIFF:** Rexel USA Inc., et al.

**DEFENDANT:** Souza Construction, Inc., et al.

**PROOF OF SERVICE BY MAIL**

**DATE:**   **TIME:**   **DEPT/DIV:**   **CASE NUMBER:** 3:21-CV-0964-L-JLB

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 08/19/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, First Amended Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

BRAC ELECTRIC, INC., a California Corporation
Angelica Barajas
16815 Von Karman Ave, 190
Irvine, CA 92606

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 102.75

Cesar Lopez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/19/2021 at Petaluma, California.



Cesar Lopez

OL#:   16718757