## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| <u>Case Name:</u> | United States of America, for the use and benefit of Rexel USA, Inc., v. Souza Construction, Inc., et al. | <u>Case No.:</u> | 21-cv-00964-L (JLB) |
|---|---|---|---|

On October 15, 2021, Plaintiff filed a Notice of Settlement. (ECF No. 14.) Accordingly, **IT IS HEREBY ORDERED**:

1. In light of the filing of the Notice of Settlement, the Early Neutral Evaluation and Case Management Conferences set for October 26, 2021, are hereby **VACATED**.

2. A Joint Motion for Dismissal shall be electronically filed on or before **November 17, 2021**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable M. James Lorenz, shall be e-mailed to the chambers of the Honorable M. James Lorenz.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **November 17, 2021**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **November 19, 2021**, at **2:30 PM** before Magistrate Judge Jill L. Burkhardt.  For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (877) 873-8018 and use access code 9930765.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **November 17, 2021**, the Settlement Disposition Conference shall be vacated without further court order.

Date: October 15, 2021

Initials: lc1
Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.