1 | SILVERMAN THEOLOGOU, LLP
2 | REA STELMACH, ESQ., SBN 296671
3 | 11630 Chayote St., Suite 3
  | Los Angeles, California 90049
  | Telephone: (213) 226-6922
4 | Email: rstelmach@silvermanlegal.com

5 | Attorneys for Plaintiff
  | Rexel USA, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br>REXEL USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUZA CONSTRUCTION, INC., a California Corporation;<br>BRAC ELECTRIC, INC., a California Corporation;<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; a Connecticut Corporation;<br>DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **21-CV-00964-L-JLB**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST; [PROPOSED] ORDER VACATING ALL DEADLINES**<br><br>Complaint Filed: May 20, 2021<br><br>Honorable Judge M. James Lorenz<br>Magistrate Judge Jill L. Burkhardt |

1

1 **NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION**

2 TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

3     The Parties have agreed to settle the above-captioned matter, subjection to the
4 completion of terms and conditions specified in the Settlement Agreement. Pursuant to the
5 terms of the Settlement Agreement, Plaintiff will request dismissal of this entire Action
6 upon satisfaction of the conditions set forth therein.
7 In light of this conditional settlement, and pursuant to Local Rule 7.2, Plaintiff, by and
8 through their respective counsel, request as follows:

9     WHEREAS, the Parties have agreed to settle the matter in accordance with the
10 terms set forth in the Settlement Agreement;

11     WHEREAS, the Parties expect such conditions of the settlement to be completed in
12 five (5) months of the filing of this notice and stipulation;

13     WHEREAS, pursuant to this Court's Order (Dkt. #15), Parties' deadline to file a
14 Joint Motion for Dismissal is November 17, 2021.

15     WHEREAS, the Plaintiff respectfully requests that the Court vacate all deadlines
16 governing this case, including Parties' deadline to file a Joint Motion for Dismissal, with
17 the understanding that Plaintiff will file a Request for Dismissal of the Action following
18 completion of the conditional terms of settlement; in the unlikely event that the settlement
19 conditions are not completed within the time agreed by the Parties, Plaintiff will request a
20 further case management conference to set new case management deadlines.

21     NOW THEREFORE, the Plaintiff respectfully requests that Court vacate all
22 deadlines governing this case.

23

24 //
25 //
26 //
27
28

2

**[PROPOSED ORDER]**
**21-CV-00964-L-JLB**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: November 10, 2021 | SILVERMAN THEOLOGOU, LLP |
| 3 | | |
| 4 | | By: __/s/Rea Stelmach_____ |
| | | Rea Stelmach, Esq. |
| 5 | | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of:<br>REXEL USA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUZA CONSTRUCTION, INC., a California Corporation;<br>BRAC ELECTRIC, INC., a California Corporation;<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; a Connecticut Corporation;<br>DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. **21-CV-00964-L-JLB**<br><br>**ORDER VACATING ALL DEADLINES**<br><br>Complaint Filed: May 20, 2021<br><br>Honorable Judge M. James Lorenz<br>Magistrate Judge Jill L. Burkhardt |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT** all deadlines governing this Action are vacated.

**IT IS SO ORDERED.**

DATED: _____

                                    Honorable Judge M. James Lorenz
                                    Magistrate Judge Jill L. Burkhardt

1

**[PROPOSED ORDER]**
**21-CV-00964-L-JLB**

2

**[PROPOSED ORDER]**
**21-CV-00964-L-JLB**