# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Case Name: | United States of America, for the use and benefit of Rexel USA, Inc., v. Souza Construction, Inc., et al. | Case No.: | 21-cv-00964-L (JLB) |
|---|---|---|---|

On November 19, 2021, the Court held a telephonic, counsel-only Settlement Disposition Conference. (ECF No. 22.) Plaintiff's counsel represented that an additional period of five months is needed in order to receive agreed upon settlement payments from the only remaining Defendant in this case, Brac Electric, Inc., which has not filed an answer or otherwise appeared in this case. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall electronically file a Notice of Dismissal as to remaining Defendant Brac Electric, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on or before **April 27, 2022**.

2. If a Notice of Dismissal as to remaining Defendant Brac Electric, Inc. is not filed on or before **April 27, 2022**, then a telephonic, counsel-only Continued Settlement Disposition Conference shall be held on **April 29, 2022**, at **1:45 PM**, before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (877) 873-8018 and use access code 9930765.

3. If a Notice of Dismissal as to remaining Defendant Brac Electric, Inc. is filed on or before April 27, 2022, the Continued Settlement Disposition Conference shall be vacated without further court order.

Date:  November 22, 2021                                                                 Initials:  lc1
                                                               Chambers of the Hon. Jill L. Burkhardt